IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**DONALD HINSON**                                                                                                                 **PLAINTIFF**

**VS.**                           **CIVIL ACTION NO. 5:04CV253LN**

**CHEVRON PRODUCTS COMPANY,** *ET AL.*                    **DEFENDANTS**

## ORDER

This matter came before the court on the Motion of Defendant Celite Corporation to Compel Plaintiff's Responses to Defendant's Interrogatories and Requests for Production, which were served on February 24, 2005. The Plaintiff has neither responded to the discovery requests nor to this Motion. Had sanctions been requested, the court would likely have granted them.

IT IS, THEREFORE, ORDERED that the Motion of Defendant Celite Corporation to Compel Plaintiff's Responses to Defendant's Interrogatories and Requests for Production is hereby **granted**. The Plaintiff shall respond to this Defendant's discovery requests on or before February 1, 2006.

IT IS SO ORDERED, this the 13th day of January, 2006.

                                                             S/Alfred G. Nicols, Jr.
                                                   UNITED STATES MAGISTRATE JUDGE